**Appeal No.    2020AP1931**

**STATE OF WISCONSIN**

Cir. Ct. No.  2013CV3897

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**ANTONIO SORIA,**

   **PLAINTIFF-APPELLANT-CROSS-RESPONDENT,**

   **V.**

**CLASSIC CUSTOM HOMES OF WAUNAKEE INC.,**

   **DEFENDANT-RESPONDENT-CROSS-APPELLANT.**

FILED

Jan. 28, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Stephen E. Ehlke
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Charles W. Giesen
Electronic Notice

Jessica Jean Giesen
Electronic Notice

Mitch
Electronic Notice

Heath P. Straka
Electronic Notice

   PLEASE TAKE NOTICE that corrections were made to footnote 4 in the above-captioned opinion which was released on December 2, 2021.  A corrected

electronic version in its entirety is available on the court's website at www.wicourts.gov.